

MANDATE

S.D.N.Y. / NYNY
07-cv-10428
Wood, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of January, two thousand eight,

Present:

Hon. Ralph K. Winter,
Hon. Chester J. Straub,
Hon. Sonia Sotomayor,
*Circuit Judges.*

UNITED STATES COURT OF APPEALS
FILED
JAN 8 - 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

James Pettus,

*Petitioner,*

v. 07-5400-op

LeClaire, Supt.,

*Respondent.*

Petitioner, *pro se*, requests an order authorizing the United States District Court for the Southern

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

SAO-LB

ISSUED AS MANDATE: 2/21/08 D.B.

District of New York to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: [signature]

SAO-LB